# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145187(43)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JOSE ANTONIO PEREZ,
   Defendant-Appellant.

SC: 145187
COA: 303305
Gratiot CC: 10-006107-FH

_____/

   On order of the Court, the motion for reconsideration of this Court's September 4, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

d1217